UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Rita E. Norris, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| Michael J. Astrue, ) | No. 7:10-CV-247-D | |
| Commissioner of the Social Security ) | | |
| Administration, ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's objections [D.E. 45] are OVERRULED and the Court adopts the M&R [D.E. 44]. The court GRANTS the Commissioner's motion for judgment on the pleadings [D.E. 38], DENIES plaintiff's motion for judgment on the pleadings [D.E. 36], and AFFIRMS the Commissioner's final decision.

**This judgment filed and entered on March 22, 2012, and served on:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Craig B. Ormson (via CM/ECF Notice of Electronic Filing)

March 22, 2012                                         /s/ Julie A. Richards,
                                                       Clerk of Court